No. 99–5048. WOODS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 99–5049. JACKSON *v.* DAY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–5050. JACKSON *v.* CHAMPION, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–5051. WILLS *v.* GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–5052. BAKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5053. ELLIS *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 99–5054. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5055. JORDAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5056. ALSTON *v.* BROWN ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–5057. MCCAUGHAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5058. JOHNSTON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–5062. LARKIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5064. PIPPEN *v.* SHERATON OPERATING CORP. C. A. 11th Cir. Certiorari denied.

No. 99–5065. SMITH *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5066. MOORE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.